## OWENS v BAKER et

Ohio Appeals, 5th Dist, Richland Co

Decided Nov 16, 1933

Allen Maybee, Mansfield, anr H. M. Rust, Cincinnati, for plaintiff in error.

Cummins & Kramer, Mansfield, for defendant in error.

For full opinion see 1 OO 518; 48 Oh Ap 347.